# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

ALEJANDRO GARCIA GONZALEZ,

    Plaintiff,

v.                                           Case No. 3:20-cv-051-MPM-RP

MI PUEBLO OF NEW ALBANY, LLC and
EDUARDO HUERTA LOPEZ,

    Defendants.

## ORDER APPROVING RESOLUTION OF FLSA CLAIM
## AND ADMINISTRATIVELY CLOSING THE CASE

    Before the Court is the Joint Motion of the Parties for an Order Approving Resolution of FLSA Claim. The parties have submitted the Settlement Agreement for inspection and review. Having had the opportunity to review the settlement agreement and the parties' joint motion, the Court finds that the settlement agreement is a fair and reasonable resolution to Plaintiff's claims. Accordingly, this settlement is **APPROVED**.

    Furthermore, as requested by the parties, the Court **ADMINISTRATIVELY CLOSES** this matter until notified by the parties that either the terms of the settlement agreement have been met and judgment may be entered along with an order of dismissal with prejudice or that there is need to reopen this matter to enforce the terms of the agreement.

    IT IS SO ORDERED this 29th day of March 2021.

                                                        **/s/** Michael P. Mills
                                                        **UNITED STATES DISTRICT JUDGE**
                                                        **NORTHERN DISTRICT OF MISSISSIPPI**